No. 85–6861.   HYDE v. PITTMAN, ATTORNEY GENERAL OF MISSISSIPPI, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 85–6865.   FRITTS v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 85–1349.   INTAKE WATER CO. v. YELLOWSTONE RIVER COMPACT COMMISSION ET AL.   C. A. 9th Cir.   Motion of Yellowstone Pipeline Co. Inc. et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.

No. 85–1439.   FRANKLIN AND MARSHALL COLLEGE v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. 3d Cir.   Certiorari denied.

JUSTICE WHITE, with whom JUSTICE BLACKMUN joins, dissenting.

The Equal Employment Opportunity Commission is investigating petitioner on a charge of discriminating on the basis of national origin in denying tenure to a former assistant professor.   In the course of its investigation, the EEOC issued a subpoena *duces tecum* for evaluations submitted by petitioner's faculty in all cases in which tenure was granted or denied from 1977 to the present. The EEOC offered to accept the subpoenaed materials with names and identifying characteristics deleted.   Petitioner resisted the subpoena, asserting a privilege against the compelled production of confidential peer review materials absent a showing of facts supporting an inference of discrimination.   The United States Court of Appeals for the Third Circuit rejected the asserted privilege, 775 F. 2d 110 (1985), which has been accepted by another Court of Appeals, see *EEOC* v. *University of Notre Dame du Lac*, 715 F. 2d 331, 337, n. 4 (CA7 1983).   I would grant certiorari to resolve this conflict.

No. 85–1631.   RANDOLPH v. SUPREME COURT OF NEW JERSEY ET AL.   Sup. Ct. N. J.   Certiorari denied.   JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE BLACKMUN would grant certiorari.

No. 85–1649.   MIDWEST COMMUNICATIONS, INC. v. MINNESOTA TWINS, INC., ET AL.   C. A. 8th Cir.   Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.